154 A.3d 693

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT
M. INGRAM (A/K/A ROBERT INGRUM, MAURICE INGRAM,
BILL BUSHWACK), DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002492-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 693

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. ABEL GONZALEZ, DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005354-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.